**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: INVOLUNTARY TERMINATION
OF PARENTAL RIGHTS TO: L.A.W., A
MINOR

PETITION OF: D.J.W., FATHER

: No. 606 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.